## Case No. 11,895.
### The ROBERT RITSON.

[Cited in a note to The Becherdass Ambaidass, Case No. 1,203. Nowhere reported; opinion not now accessible.]